UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAUL DE JESUS, *on behalf of himself, FLSA Collective Plaintiffs and the Class*,<br><br>       Plaintiff,<br><br>-v-<br><br>SPECTRUM RESTAURANT LLC, d/b/a MANHATTAN VALLEY, BHUPINDER KUMAR,<br><br>       Defendants. | CIVIL ACTION NO.: 21 Civ. 3197 (PAE) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge:

On May 25, 2021, attorney Stephen D. Hans executed a waiver of service of summons on behalf of "all Defendants" (the "Waiver of Service") under which Defendants' deadline to answer, move, or otherwise respond to the Complaint was 60 days from May 24, 2021, or Friday, July 23, 2021.  (ECF No. 9); see Fed. R. Civ. P. 4(d)(3).  Although this deadline has passed, Defendants have not appeared, responded to the Complaint, or requested an extension of time to do so.  Accordingly, the Court EXTENDS all Defendants' deadline to answer or otherwise respond to the Complaint, nunc pro tunc, until **Tuesday, August 17, 2021**.  Further extensions of this deadline are unlikely to be granted absent good cause.  A Certificate of Default may be entered against any Defendant who fails to comply with this order.

Plaintiff's counsel is directed to serve a copy of this Order on Mr. Hans and to file proof of service by no later than **Tuesday, August 10, 2021**.

Dated:   New York, New York
      August 3, 2021

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**