# STEPHEN D. HANS
## & ASSOCIATES, P.C.
LABOR & EMPLOYMENT COUNSEL FOR OVER 40 YEARS

30-30 Northern Blvd, Suite 401
Long Island City, NY 11101

**T:** 718.275.6700 • **F:** 718.275.6704

September 30, 2021

***VIA ECF***

Magistrate Judge Sarah L. Cave
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1670
New York, NY 10007

Re:     **DeJesus v Spectrum Restaurant LLC. et al.**
        **Case No.  21-cv-03197**

Dear Magistrate Cave,

I represent the Defendant in the above matter.  I write this letter with the consent of Plaintiff's counsel.

Due to an extremely pressing matter I had to go out of town, and I respectfully request an adjournment until Monday October 4, 2021, for the ESI Discovery Protocol due today September 30.  We have exchanged all documents as per the Request for Production which is due tomorrow October 1, 2021.

> Defendant's letter-motion requesting an extension of the deadline to file the proposed ESI protocol (ECF No. 22) is GRANTED, and the deadline is EXTENDED to **Monday, October 4, 2021**.
>
> The Clerk of Court is respectfully directed to close ECF No. 22.
>
> SO ORDERED 9/30/2021

SARAH L. CAVE
United States Magistrate Judge

Respectfully Submitted,

_____/s/_____
Stephen D. Hans (SH-0798)
30-30 Northern Boulevard, Suite 401
Long Island City, NY 11101
Tel: 718-275-6700