### LEE LITIGATION GROUP, PLLC
148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:   212-465-1188
cklee@leelitigation.com

November 22, 2021

**Via ECF**
Honorable Sarah L. Cave, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *De Jesus v. Spectrum Restaurant LLC. et al.*
                 Case No. 1:21-cv-03197

Dear Judge Cave:

    This office represents Plaintiff in the above-referenced matter.

    We respectfully submit this joint letter motion with Defendants requesting an adjournment of the Telephone Status Conference, scheduled for November 23, 2021.

    The reason for the short notice on this request is that the parties have agreed to resolve this matter today. We are finalizing an offer of judgment to be accepted in full resolution of this matter. Thus, the parties respectfully request that the Telephone Status Conference scheduled for November 23, 2021 be adjourned *sine die*. This is our first such request and the parties are proceeding expeditiously to finalize the resolution reached.

    We thank the Court for considering this request.

Respectfully Submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF

---

The parties' joint letter-motion requesting to adjourn the November 23, 2021 Telephone Status Conference (ECF No. 26) is GRANTED, and the conference is ADJOURNED sine die.

The Clerk of Court is respectfully directed to close ECF No. 26.

SO ORDERED 11/22/2021

SARAH L. CAVE
United States Magistrate Judge