**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

RAUL DE JESUS,
*on behalf of himself, FLSA Collective Plaintiffs and the Class,*
          Plaintiff,

v.

SPECTRUM RESTAURANT LLC,
    d/b/a MANHATTAN VALLEY
BHUPINDER KUMAR
          Defendants.

Case No: 1:21-cv-03197

**[PROPOSED]**
**RULE 68 JUDGMENT**

---

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Spectrum Restaurant LLC, d/b/a Manhattan Valley, and Bhupinder Kumar (collectively, "Defendants"), having offered to allow Plaintiff Raul De Jesus ("Plaintiff") to take a judgment against them, in the sum of Ten Thousand Dollars and No Cents ($10,000.00), inclusive of all of Plaintiff's claims for relief, damages, fees, costs, and expenses, in accordance with the terms and conditions of Defendants' Rule 68 Offer dated November 22, 2021 and filed as Exhibit A to Docket Number 27;

**WHEREAS**, on November 22, 2021, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 27);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff Raul De Jesus, in the sum of Ten Thousand Dollars and No Cents ($10,000.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer dated November 22, 2021 and filed as Exhibit A to Docket Number 27.

**SO ORDERED:**
Dated: _____11/23_____, 2021
      New York, New York

_____
PAUL A. ENGELMAYER
U.S.D.J.